DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**IT CAREERNET, INC.,**
Appellant,

v.

**MASTEC NORTH AMERICA, INC., DAVID J. TULLIO, IT CAREERNET SERVICES, LLC.,** and **PNC BANK, N.A.,**
Appellees.

No. 4D2025-0060

[May 21, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jack Ben Tuter, Judge; L.T. Case No. 062020CA009858AXXXCE.

Justin Christopher Carlin of The Carlin Law Firm, PLLC, Fort Lauderdale, for appellant.

David A. Hoines, Fort Lauderdale, for appellee MasTec North America, Inc.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and LOTT, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***